UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23394-CIV-HUCK/O'SULLIVAN

DR. JOAN E. WILLIAMS,
    Plaintiff,
v.
THE SCHOOL BOARD OF MIAMI-DADE COUNTY, FLORIDA, and DR. RUDOLPH CREW, Superintendent of Schools,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion for Attorney's Fees (DE # 22, 9/16/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant's Motion for Attorney's Fees (DE # 22, 9/16/08) on or before November 6, 2008.  The failure to file a response may result in a recommendation that the Defendant's Motion for Attorney's Fees (DE # 22, 9/16/08) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of October, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record
Sent by Chambers to:
Dr. Joan E. Williams, Psy.D.
330 NE 150th Street
North Miami, Florida 33161